IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'06 MAR 28 13:18 USDC-ORP

| | |
|---|---|
| DANA M. LUNAS, | Civil No. 05-136-MO |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,636.92, pursuant to 28 U.S.C. § 2412, and costs in the amount of $150.00, pursuant to 28 U.S.C. § 1920 shall be awarded to Plaintiff.

DATED this 27 day of March, 2006.

/s/ Michael W. Mosman
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1   ORDER - [05-136-MO]